

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2018

No. 04-18-00492-CV

Eric **HOYELA**, Jesus Oyuela, Cynthia Arredondo, Emede Barrera,
Jose Leon Garcia Jr., Edelmira Gomez, Jorge Solis, Jorge Alberto Barrera,
Jose Saenz, Alvaro Pena, Erika Madariaga, Gina Madariaga, Ester Madariaga,
Maria Lamar Trevino, and Monica Aguirre,
Appellants

v.

**STARR COUNTY,** Texas**,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-16-514
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

Appellants have filed a motion for leave to file a motion for extension of time to file appellants' brief. No motion for leave is required. *See* Tex. R. App. P. 38.6(d). We therefore deny the motion for leave as moot.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court